UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS' LOCAL UNION NO. 28 FUNDS AND PLANS, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> BO GUARDS MECHANICALS LLC. <br><br> Defendant. | 21 Civ. 1868 (PAE) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

On March 3, 2021, plaintiffs filed the complaint. Dkt. 1. On March 8, 2021, plaintiffs served the defendant with process. Dkt. 6. The defendant has not responded to the complaint or otherwise appeared in this action. On June 3, 2021, the Court issued an Order to Show Cause, prompting plaintiffs to move for a default judgment by June 16, 2021 or risk dismissal of the case. Dkt. 7. On June 8, 2021, plaintiffs obtained a Clerk's Certificate of Default. Dkt. 11. On June 15, 2021, plaintiffs filed a motion for default judgment against the defendant. Dkt. 13. Plaintiffs' papers in support of their motion are in good order. If the defendant wishes to oppose the motion, its counsel shall enter a notice of appearance prior to July 10, 2021, and file an opposition on ECF, explaining why a default judgment is not warranted, by July 16, 2021.

Plaintiffs are to serve the Court's June 3, 2021 Order to Show Cause, Dkt. 7, and this order forthwith and file proof of this service no later than June 20, 2021.

SO ORDERED.

$\underline{\qquad Paul\ A.\ Engelmayer \qquad}$

Paul A. Engelmayer
United States District Judge

Dated: June 16, 2021
      New York, New York