UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE SHEET METAL WORKERS'
LOCAL UNION NO. 28 FUNDS AND PLANS, et al.,

                                    Plaintiffs,

                    -v-

BO GUARDS MECHANICALS LLC,

                                    Defendant.

21 Civ. 1868 (PAE)

ORDER OF DEFAULT
JUDGMENT

PAUL A. ENGELMAYER, District Judge:

On March 3, 2021, plaintiffs filed the complaint. Dkt. 1. On March 8, 2021, plaintiffs

served the defendant with process. Dkt. 6. The defendant has not responded to the complaint or

otherwise appeared in this action. On June 3, 2021, the Court issued an Order to Show Cause,

prompting plaintiffs to move for a default judgment by June 16, 2021 or risk dismissal of the case.

Dkt. 7. On June 8, 2021, plaintiffs obtained a Clerk's Certificate of Default. Dkt. 11. On

June 15, 2021, plaintiffs filed a motion for default judgment against the defendant. Dkt. 13. On

June 16, 2021, the Court issued an Order to Show Cause, requiring defendant, if it wished to

oppose the motion, to file an opposition by July 16, 2021. Dkt. 19. The next day the plaintiff

served the defendant with the Court's June 16, 2021 Order. Dkt. 20. The defendant has not filed

any such motion.

The Court has reviewed plaintiffs' motion for default judgment pursuant to Federal Rule

of Civil Procedure 55(b), Dkt 16, and plaintiffs' supporting affidavit, Dkt 17. Because proof of

service has been filed, the defendant has not answered the complaint, the time for answering the

complaint has expired, and the defendant failed to appear to contest entry of a default judgment,

the Court enters a default judgment for plaintiffs against the defendant.

1

The Court, by separate order, will commission an inquest into damages.

SO ORDERED.

_Paul A. Engelmayer_

Paul A. Engelmayer
United States District Judge

Dated: July 19, 2021
New York, New York