UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TRUSTEES OF THE SHEET METAL WORKERS' LOCAL
UNION NO. 28 FUNDS AND PLANS ET AL.,

                              Plaintiff,                                      **ORDER**

                      -against-                                      **21-CV-1868 (PAE) (KHP)**

BO GUARDS MECHANICALS LLC.

                              Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me to conduct an inquest on damages. (ECF. No. 22.) By **Tuesday, August 31, 2021,** Plaintiff is directed to serve and file an inquest memorandum, accompanied by supporting affidavits and exhibits setting forth proof of damages, including the costs of this action, Plaintiff's reasonable attorneys' fees, and proposed findings of fact and conclusions of law. All proposed findings of fact must be supported by admissible evidence introduced through affidavit. All proposed findings of law must be supported by reference to applicable law. Claims for actual or statutory damages must be specified and supported with admissible evidence. Claims for attorneys' fees and costs must be supported by detailed attorney time records and evidence of costs introduced through an attorney declaration.

      **By no later than Friday, July 30, 2021**, Plaintiff shall serve a copy of the Order of Default issued by the Hon. Paul A. Engelmayer in this matter, along with a copy of this Order via a method intended to ensure delivery to Defendant. Plaintiff shall file an affidavit of service of same with the Court by August 6, 2021. Plaintiff shall serve a copy of all papers filed in connection with the damages inquest (as described in the first paragraph of this Order) on

Defendant **by Friday, September 3, 2021**.  Plaintiff shall file an affidavit of service of the Default Judgment and this Order with the Court by September 9, 2021.

Defendant shall have until **Monday, October 4, 2021** to object or otherwise respond to Plaintiff's application for damages in connection with the default judgment.  Defendant must file any objections or response with the Court and serve the response and/or objections on Plaintiff's counsel.

A hearing will take place on **Tuesday, October 12, 2021 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Counsel for the parties shall be prepared to answer questions and provide testimony, as appropriate, on the damages application.

SO ORDERED.

Dated: July 19, 2021
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge