

WALTER M. COLLERAN (1912-1998)
RICHARD L. O'HARA
JOHN F. MILLS (1939-2003)
EDWARD J. GROARKE
CHRISTOPHER P. O'HARA
CAROL O'ROURKE PENNINGTON
DENIS A. ENGEL
JOHN S. GROARKE*
MICHAEL D. BOSSO

STEPHANIE SUAREZ
STEVEN C. FARKAS**
THOMAS P. KEANE***
DAMIEN O. MAREE**
TAYLOR ANNE WAITES
GARRETT J. DOWD
PATRICIA L. BOLAND
GLENN A. KREBS +

PARALEGALS
LAURA A. HARRINGTON
KRISTINE M. MURPHY
LILLY PIAZZA
KAREN ALBERTELLI GILBERT

* ALSO ADMITTED IN NEW JERSEY
** ALSO ADMITTED IN WASHINGTON, D.C.
*** ALSO ADMITTED IN NEW JERSEY AND CONNECTICUT
+ OF COUNSEL

October 5, 2021

**VIA ECF**
Katharine H. Parker
U.S. Magistrate Judge
U.S. District Court
500 Pearl Street, Room 750
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2021

    Re:    Trustees of the Sheet Metal Workers' Local Union No. 28
            Funds and Plans et al v. Bo Guards Mechanicals LLC
            Case:   21-cv-01868-PAE-KHP

Dear Judge Parker:

    This firm is counsel to Plaintiff Trustees of the Sheet Metal Workers' Local Union No. 28 Funds and Plans ("Plaintiffs") in the above-captioned matter. Please accept this letter as Plaintiffs' request to adjourn the inquest hearing scheduled for Tuesday, October 12th at 2:00 p.m.

    One of Plaintiffs' witnesses is unavailable on October 12th and for the rest of that week. Plaintiffs therefore request that the hearing be adjourned for two (2) weeks in order to accommodate the witness' scheduling conflicts.

    This is the first request for an adjournment of the inquest hearing. Defendant Bo Guards Mechanicals LLC has not consented to the adjournment request; Defendant is in default and did not object to Plaintiffs' application for damages by October 4, 2021 in accordance with Your Honor's Order dated July 19, 2021.

    Plaintiffs also would like to ask if Your Honor would permit one of our witnesses to appear virtually. This witness, an employee of Plaintiffs' auditors Calibre CPA Group, resides in Maryland. The witness can be made available to appear in person, but has requested the Court consider a possible accommodation.

    Plaintiffs thank Your Honor in advance for Your consideration of these requests.

                              Respectfully,
                              COLLERAN, O'HARA & MILLS L.L.P.
                              By: ____/s/Thomas P. Keane_____
                                  THOMAS P. KEANE

COM# 2805-0154

cc: Bo Guards Mechanicals LLC
1481 Washington Avenue, Suite 13D
Bronx, NY 10456

The inquest hearing currently scheduled for October 12, 2021, is rescheduled to <u>Monday, November 22, 2021 at 10:00 a.m.</u> The inquest hearing will utilize Microsoft Teams. Counsel for the parties will be sent a Teams invitation by Judge Parker's chambers prior to the scheduled hearing date.

**APPLICATION GRANTED**

*Katharine H. Parker* (signature)

**Hon. Katharine H. Parker, U.S.M.J.**
10/6/2021