UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE SHEET METAL WORKERS' LOCAL
UNION NO. 28 FUNDS AND PLANS ET AL.,

                                  Plaintiff,                            **ORDER**

                       -against-                                          **21-CV-1868 (PAE) (KHP)**

BO GUARDS MECHANICALS LLC.

                                  Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On November 22, 2021, this Court held an inquest hearing to determine damages. By December 6, 2021, Plaintiffs are directed to file an inquest memorandum of law, supplemental affidavits and exhibits setting forth correspondence with the Defendant concerning amounts due and Defendant's failure to respond. The Court reminds counsel that with regard to attorney's fees, Plaintiffs are required to submit information detailing the position, experience level, and hourly rate for each timekeeper for whom Plaintiffs seek reimbursement.

      SO ORDERED.

Dated: November 22, 2021
       New York, New York

                                                               _____
                                                                KATHARINE H. PARKER
                                                                United States Magistrate Judge