**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES OF THE SHEET METAL
WORKERS' UNION NO. 28 FUNDS AND
PLANS, *et al.*,

                       Plaintiffs,

                                                      21 **CIVIL** 1868 (PAE) (KHP)

            -against-                       **DEFAULT JUDGMENT**

BO GUARDS MECHANICALS
LLC,

                       Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated January 14, 2022, the Court adopts the Report's recommendation, save as to a minor mathematical adjustment; the Court grants plaintiff's Motion and awards $1,840,477.33 in delinquent contributions; $502,096.69 in interest; $368,096.69 in liquidated damages; $11,305.00 in attorneys' fees; and $602.42 in costs; accordingly, the case is closed.

**DATED**: New York, New York
             January 19, 2022

                                                      **RUBY J. KRAJICK**
                                                         **Clerk of Court**

                                          **BY:** _____
                                                        **Deputy Clerk**